1  DAN MARMALEFSKY (BAR NO. 95477)
   DMarmalefsky@mofo.com
2  DAVID F. MCDOWELL (BAR NO. 125806)
   DMcDowell@mofo.com
3  MORRISON & FOERSTER LLP
   555 West Fifth Street
4  Los Angeles, California 90013-1024
   Telephone: 213.892.5200
5  Facsimile:  213.892.5454

6  REBEKAH KAUFMAN (BAR NO. 213222)
   RKaufman@mofo.com
7  MARGARET MAYO (BAR NO. 259685)
   MMayo@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105-2482
   Telephone: 415.268.7000
10 Facsimile:  415.268.7522

11 Attorneys for Defendant Hartford Life and Annuity
   Insurance Company
12

13                UNITED STATES DISTRICT COURT

14                CENTRAL DISTRICT OF CALIFORNIA

15                      SOUTHERN DIVISION

16

| | |
|---|---|
| KEITH FITE, LARRY MACICEK, THOMAS PIERCE, AND CARRIE CALAHAN,<br><br>Plaintiffs,<br><br>v.<br><br>MERRILL LYNCH & CO., INC., ET AL.,<br><br>Defendants. | Case No. 8:10-cv-00008-DOC-AN<br><br>**STIPULATION TO EXTEND DEFENDANT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served:      01/21/2010<br>Current response date: 02/11/2010<br>New response date:     03/10/2010 |

Pursuant to Civil Local Rules 7-1 and 8-3, Plaintiffs Keith Fite, Larry Macicek, Thomas Pierce, and Carrie Calahan, and Defendant Hartford Life and

1  Annuity Insurance Company ("Hartford") through their undersigned counsel,
2  hereby stipulate, subject to the Court's approval, as follows:
3      WHEREAS, this action was filed on January 4, 2010 (Docket # 1);
4      WHEREAS, on January 21, 2010, Defendant Hartford was served with the
5  summons and complaint in this action;
6      WHEREAS, the parties have agreed to an extension until March 10, 2010,
7  for Hartford to answer or otherwise respond to Plaintiffs' complaint;
8      NOW, THEREFORE, IT IS HEREBY STIPULATED:
9      Hartford shall have to and including March 10, 2010, to answer or otherwise
10  respond to Plaintiffs' complaint.

11  Dated: February 9, 2010  
DAN MARMALEFSKY  
DAVID F. MCDOWELL  
REBEKAH KAUFMAN  
MARGARET MAYO  
MORRISON & FOERSTER LLP

By:   /s/ David F. McDowell  
       David F. McDowell

Attorneys for Defendant  
Hartford Life and Annuity  
Insurance Company

Dated: February 9, 2010  
DANIEL FEINBERG  
JAMES P. KEENLEY  
LEWIS, FEINBERG, LEE, RENAKER  
& JACKSON, P.C.

GUY O. KORNBLUM  
GUY KORNBLUM & ASSOCIATES

LAW OFFICES OF DAVID M. ZEFF

By:   /s/ Daniel Feinberg  
       Daniel Feinberg

Attorneys for Plaintiffs Keith Fite, Larry Macicek, Thomas Pierce, and Carrie Calahan

## ECF ATTESTATION

I, MARGARET MAYO, am the ECF User whose ID and Password are being used to file this:

**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY'S TIME TO RESPOND TO THE COMPLAINT**

In compliance with General Order 08-02, VIII.B., I hereby attest that David F. McDowell and Daniel Feinberg have concurred in this filing.

Dated:   February 11, 2010          MORRISON & FOERSTER LLP

By:   /s/ Margaret Mayo
           Margaret Mayo

# CERTIFICATE OF SERVICE

I declare that I am associated with the law firm of Morrison & Foerster LLP, whose address is 425 Market Street, San Francisco, California, 94105; I am not a party to the within cause; I am over the age of eighteen years. I declare that on the date hereof I filed and served the document described as follows:

**STIPULATION TO EXTEND DEFENDANT HARTFORD LIFE AND ANNUITY INSURANCE COMPANY'S TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

using the Central District of California's Electronic Case Filing System, with the ECF ID registered in my name. The ECF System is designed to automatically generate an e-mail message to all parties in the case who are registered with the ECF System, which constitutes service. According to the ECF/PACER system, for this case, the parties so served are as follows:

Daniel M Feinberg
Lewis Feinberg Lee Renaker and Jackson
1330 Broadway, Suite 1800
Oakland, CA  94612
Tel. (510) 839-6824
Fax  (510) 839-7839
dfeinberg@lewisfeinberg.com

James P Keenley
Lewis Feinberg Lee Renaker and Jackson PC
1330 Broadway, Suite 1800
Oakland, CA  94612-2519
Tel. (510) 839-6824
Fax  (510) 839-7839
jkeenley@lewisfeinberg.com

I further declare that a copy was also served via first class mail as indicated below:

David M. Zeff
David M. Zeff Law Offices
1388 Sutter Street, Suite 820
San Francisco, CA  94109-5453
Tel.  (415) 726-0000

1  Guy O. Kornblum
   Guy Kornblum & Associates
2  1388 Sutter Street, Suite 820
   San Francisco, CA  94109
3  Tel. (415) 440-7800
   Fax (415) 440-7898
4

5  I declare under penalty of perjury that the foregoing is true and correct.

6  Executed in San Francisco, California, this 11th day of February, 2010.

7

8                                    By:  /s/ Margaret Mayo
                                          Margaret Mayo
9