REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1  David C. Powell (SBN 129781)
   Email: dpowell@reedsmith.com
2  Heather B. Hoesterey (SBN 201254)
   Email: hhoesterey@reedsmith.com
3  REED SMITH LLP
   101 Second Street, Suite 1800
4  San Francisco, CA 94105-3659
   Telephone: +1 415 543 8700
5  Facsimile: +1 415 391 8269

6  Attorneys for Defendants Merrill Lynch
   & Co., Inc., Monty Holcombe, George
7  Georgiades, and Richard Wuensch

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11 KEITH FITE, LARRY MACICEK,         Case No. SACV10-00008 DOC (ANx)
   THOMAS PIERCE, and CARRIE
12 CALAHAN,                           **STIPULATION TO EXTEND TIME
                                      TO RESPOND TO INITIAL
13          Plaintiffs,               COMPLAINT (L.R. 8-3)**

14     vs.                            Honorable David O. Carter

15 MERRILL LYNCH & CO., INC., et al.,

16          Defendants.

17

18

19     IT IS HEREBY STIPULATED by and between Plaintiffs Keith Fite, Larry

20 Macicek, Thomas Pierce, and Carrie Calahan ("Plaintiffs") and Defendants Merrill

21 Lynch, Pierce, Fenner & Smith, Inc. d/b/a Merrill Lynch & Co., Inc. ("Merrill

22 Lynch"), Monty Holcombe, George Georgiades, and Richard Wuensch

23 ("Defendants"), through their respective attorneys of record, pursuant to Local Rule 8-

24 3, that Defendants Merrill Lynch, Monty Holcombe, George Georgiades, and Richard

25 Wuensch shall have an extension of time, through and including March 10, 2010 to

26 file a responsive pleading to Plaintiffs' Complaint in this matter.

27

28

DATED: February 12, 2010.

DAVID C. POWELL
HEATHER B. HOESTEREY

REED SMITH LLP

By /s/ Heather B. Hoesterey
Heather B. Hoesterey
Attorneys for Defendants Merrill Lynch & Co., Inc., Monty Holcombe, George Georgiades, and Richard Wuensch

DATED: February 11, 2010.

DANIEL FEINBERG
JAMES P. KEENLEY

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

GUY O. KORNBLUM
GUY KORNBLUM & ASSOCIATES

DAVID M. ZEFF
LAW OFFICES OF DAVID M. ZEFF

By /s/ Daniel F.
Daniel Feinberg
Attorneys for Plaintiffs Keith Fite, Larry Macicek, Thomas Pierce, and Carrie Calahan

Case No. SACV10-00008 DOC (ANx)    — 2 —
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT

US_ACTIVE-103168511.3