David C. Powell (SBN 129781)
Email: dpowell@reedsmith.com
Heather B. Hoesterey (SBN 201254)
Email: hhoesterey@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendants Merrill Lynch & Co., Inc., Monty Holcombe, George Georgiades, and Richard Wuensch

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| KEITH FITE, LARRY MACICEK, THOMAS PIERCE, and CARRIE CALAHAN,<br><br>Plaintiffs,<br><br>vs.<br><br>MERRILL LYNCH & CO., INC., et al.,<br><br>Defendants. | Case No. SACV10-00008 DOC (ANx)<br><br>[~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 8-3)<br><br>Honorable David O. Carter |

The Court, having reviewed and considered the parties' Stipulation to Extend Time To Respond to Plaintiffs' Initial Complaint, and good cause appearing, hereby orders that the time for Defendants Merrill Lynch & Co., Inc., Monty Holcombe, George Georgiades, and Richard Wuensch to file a responsive pleading to Plaintiffs' Complaint be extended to March 10, 2010.

**IT IS SO ORDERED**.

DATED: February 18, 2010

*[signature]*
_____
Hon. David O. Carter